UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO JAVIER QUINTOS,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN, CORCORAN STATE PRISON,<br><br>        Respondent. | Case No. 22-cv-07675-VC<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 2 |

    This case was opened when Leo Javier Quintos filed a petition for writ of habeas corpus and a motion to stay. Dkt. Nos. 1-2. Petitioner was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis (IFP) and was allowed twenty-eight days to pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice. Twenty-eight days has passed, and Quintos has not filed an IFP application, or otherwise communicated with the court. This case is therefore DISMISSED without prejudice. The Clerk is directed to terminate all pending motions.

    **IT IS SO ORDERED.**

Dated: March 9, 2023

                                                   VINCE CHHABRIA
                                                   United States District Judge